## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD F. BOONE** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **THE UNITED STATES GOVERNMENT,** | **:** | |
| **DEPT OF VETERANS AFFAIRS,** | **:** | |
| **VETERANS EVALUATION SERVICES,** | **:** | |
| **DR. ECHO ARNETT, COUNSEL** | **:** | |
| **NELSON and PARALEGAL MARTINEZ** | **:** | **NO. 22-4983** |

## <u>ORDER</u>

**NOW**, this 15th day of March, 2023, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1) and his Complaint, it is **ORDERED** that:

1.    Plaintiff's motion to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

TIMOTHY J. SAVAGE, J.